HACKENSACK WATER COMPANY, RESPONDENT, v. BOARD OF PUBLIC UTILITY COMMISSIONERS ET AL., APPELLANTS.

Argued March 6, 1924—Decided April 17, 1924.

On appeal from the Supreme Court, whose opinion is reported in 98 *N. J. L.* 41.

For the respondent, *Collins & Corbin* and *Thomas Brown.*

For the appellant, *William S. Stuhr, Jr.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Swayze in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE TRENCHARD, PARKER, MINTURN, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, GARDNER, VAN BUSKIRK, CLARK, JJ. 13.

*For reversal*—None.